HARRIS COLT, *et al.*

*vs.*

ALBERT D. VEDDER, *et al.*

The phrase "the term," (for which notice of trial may be given under *sec.* 200, *ch.* 66, *Gen. Stat.*) includes a *special* term, at which the action noticed may properly be *tried* under *sec.* 15, *ch.* 64, *Gen. Stat.*

This action being at issue in the district court for Olmsted county, the plaintiffs, on the 10th June, 1872, served upon defendants' attorney a notice of trial for the special term of the court, appointed by the judge to be held June 24th, 1872, for the trial of civil and criminal cases, and the action, which had never been noticed for trial or placed on the calendar for any general term of the court, was entered on the calendar for such special term.

The defendants moved that the case be stricken from the calendar, and that it be not tried at such special term. The motions were denied, the defendants excepting, and the case was called, when reached, in its order, and was tried at such special term, no one appearing for defendants. Judgment was entered for plaintiffs, from which the defendants appeal.

HENRY C. BUTLER, for Appellants.

STEARNS & START, for Respondents.

*By the Court.*—BERRY, J.—The phrase "the term," (for

which notice of trial may be given under *sec.* 200, *ch.* 66, *Gen. Stat.*,) includes a *special* term, at which the action noticed may properly be *tried* under *sec.* 15, *ch.* 64, *Gen. Stat.*

Judgment affirmed.